IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LONNIE and FRANKIA TREAT                                    PLAINTIFFS

v.                              Civil No. 06-5140

TAMI LYNN CHAMPLIN, KIESHA
LYNN TREAT, and KATHY VAUGHN                                DEFENDANTS

### ORDER

This matter comes before the court for a determination regarding plaintiffs' in forma pauperis applications and service on defendants. Having reviewed the applications, we find they should be granted and plaintiffs will be allowed to proceed as paupers in this matter. The district clerk is directed to file the complaint *nunc pro tunc* as of July 24, 2006. The matter of service will be determined at a later date.

IT IS SO ORDERED this 27th day of July 2006.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 31 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)