IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


LONNIE and FRANKIA TREAT                                          PLAINTIFFS

v.                              Civil No. 06-5140

TAMI LYNN CHAMPLIN, KIESHA
LYNN TREAT, and KATHY VAUGHN                                      DEFENDANTS


### O R D E R

This matter comes before the court for a determination regarding plaintiffs' in forma pauperis

applications and service on defendants. Having reviewed the applications, we find they should be

granted and plaintiffs will be allowed to proceed as paupers in this matter. The district clerk is

directed to file the complaint *nunc pro tunc* as of July 24, 2006. The matter of service will be

determined at a later date.

IT IS SO ORDERED this 27th day of July 2006.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 3 1 2006

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

*Beverly Stites Jones*
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE


AO 72A
(Rev.8/82)