IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LONNIE and FRANKIA TREAT                                      PLAINTIFFS

v.                      Civil No. 06-5140

TAMI LYNN CHAMPLIN, et al.                                    DEFENDANTS

### O R D E R

Now on this 25th day of August, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 5) herein and the **Plaintiffs' Objections to the Magistrate Judge's Report and Recommendation** (Doc. 6).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds that the plaintiffs' objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** is **adopted** *in toto* and the plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

> **/s/Jimm Larry Hendren**
> **HON. JIMM LARRY HENDREN**
> **UNITED STATES DISTRICT JUDGE**